UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> RED LINE SPORTS, INC., </br></br> Defendant. | ) CASE NO. 4:10-cv-01596-TLW </br> ) </br> ) </br> ) **TEMPORARY RESTRAINING ORDER** </br> ) |

TO THE DEFENDANT NAMED ABOVE:

IT BEING MADE TO APPEAR unto the Court that the Plaintiff has commenced the within action for the recovery of possession of personal property, described herein, allegedly under the possession and control of the Defendant; and

IT FURTHER APPEARING that the Plaintiff, at this time, is entitled to a Temporary Restraining Order to preserve the "Collateral" or the proceeds from the sale of "Collateral," pursuant to the Complaint, Affidavit for Claim and Delivery, pleadings and other documents filed herein and the provisions of S.C. Code Ann. §15-69-90;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Defendants are hereby enjoined and restrained from damaging, diminishing, removing, concealing, transferring, or converting the property which is the subject of this action (except as specifically outlined herein), beyond the jurisdiction of this Court. Said property is more particularly described as follows:

> all inventory, equipment, fixtures, accounts, contract rights, chattel paper, security agreements, instruments, deposit accounts, reserves, documents, and general intangibles; and all judgments, claims, insurance policies and payments owed or made to Debtor thereon; all whether now owned or hereafter acquired, all attachments, accessories, accessions, returns, repossessions, exchanges, substitutions, and replacements thereto, and all proceeds thereof (the "Collateral").

The Collateral includes, without limitation, the units of inventory listed on **Exhibit B** attached to the Affidavit for Claim and Delivery.

Based on the record before this Court, it appears that Red Line Sports, Inc. continues to do business. Red Line Sports, Inc. may continue to do business. However, proceeds generated from the sale of any of the units of inventory listed in Exhibit B, or proceeds from the sale of any other "Collateral" as defined in this Order, to customers in the normal course of business shall be preserved pending a hearing in this matter.

The Court will have a hearing in this matter on Tuesday, June 29, 2010 at 2:30 p.m. Said hearing will be conducted in Courtroom # 1, located on the third floor of the McMillan Federal Building (401 West Evans Street), in Florence, South Carolina. Plaintiff is directed to serve this Order, including this notice of hearing, on the defendant.

IT IS SO ORDERED this 25th day of June, 2010, at Florence, South Carolina.

s/ Terry L. Wooten
Honorable Terry L. Wooten
United States District Court Judge
District of South Carolina